IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARY MOORE,

    Plaintiff,

    v.                                                      Case No. 2:10-cv-607

MICHAEL J. ASTRUE,                    JUDGE EDMUND A. SARGUS, JR.
Commissioner of                                   Magistrate Judge Kemp
Social Security,

    Defendant.

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on March 14, 2011. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of specific errors (Doc. #13) is OVERRULED. The Clerk shall enter judgment in favor of the defendant Commissioner of Social Security.

IT IS SO ORDERED.

4-11-2011
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE