AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MARY MOORE,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

CASE NO. C2-10-607

**MICHAEL J. ASTRUE,**    JUDGE EDMUND A. SARGUS, JR.
**COMMISSIONER OF**    MAGISTRATE JUDGE TERENCE P. KEMP
**SOCIAL SECURITY,**

       **Defendant.**

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    Pursuant to the Order filed April 11, 2011,  JUDGMENT is hereby entered DISMISSING this case.

Date: April 11, 2011                       JAMES BONINI, CLERK

                                          */S/ Andy F. Quisumbing*
                                          (By) Andy F. Quisumbing
                                          Courtroom Deputy Clerk